# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00457-CR

**Juan Cuadrado, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 50,419, HONORABLE JOE CARROLL, JUDGE PRESIDING

Appellant Juan Cuadrado, Jr., was placed on deferred adjudication community supervision after he pleaded guilty to aggravated robbery. The district court later revoked supervision and adjudicated him guilty after he admitted most of the violations alleged in the State=s motion to adjudicate. The court sentenced Cuadrado to seven years= imprisonment.

Cuadrado=s court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of

counsel=s brief was delivered to Cuadrado, and he was advised of his right to examine the appellate record and to file a pro se brief.  No pro se brief has been filed.

We have reviewed the record and counsel=s brief and agree that the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

The judgment of conviction is affirmed.

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Affirmed

Filed:   October 24, 2002

Do Not Publish